11072.   FLODING v. AMERICAN MACHINERY COMPANY.

SMITH, J.   There was evidence to support the finding of the judge of the municipal court of Atlanta, who tried the case without a jury; and the judge of the superior court did not err in overruling the certiorari, based on the general grounds only.

Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.
DECIDED FEBRUARY 10, 1920.

Certiorari; from Fulton superior court—Judge Pendleton. September 25, 1919.

Westmoreland & Smith, for plaintiff in error.
W. S. Dillon, C. M. Lancaster, contra.